**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-489-FDW-DCK**

| | | |
|---|---|---|
| **HENDRICK AUTOMOTIVE GROUP, a** | ) | |
| **New York General Partnership, and** | ) | |
| **SAVANNAH HIGHWAY AUTOMOTIVE** | ) | |
| **COMPANY, a South Carolina Partnership,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **HARTFORD FIRE INSURANCE** | ) | |
| **COMPANY, a Connecticut Corporation,** | ) | |
| **and** | ) | |
| **XL INSURANCE AMERICA, INC.,** | ) | |
| | ) | |
| **Defendants.** | | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) filed by D.J. O'Brien III, concerning Steven M. Klepper on July 7, 2016. Mr. Steven M. Klepper seeks to appear as counsel *pro hac vice* for Defendant Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) is **GRANTED**. Mr. Steven M. Klepper is hereby admitted *pro hac vice* to represent Defendant Hartford Fire Insurance Company.

**SO ORDERED**.

Signed: July 7, 2016

David C. Keesler
United States Magistrate Judge