IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-489-FDW-DCK

| | |
|---|---|
| HENDRICK AUTOMOTIVE GROUP, a New York General Partnership, and SAVANNAH HIGHWAY AUTOMOTIVE COMPANY, a South Carolina Partnership, Plaintiffs, v. HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, and XL INSURANCE AMERICA, INC., Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) filed by D.J. O'Brien III, concerning Lee H. Ogburn on July 7, 2016. Mr. Lee H. Ogburn seeks to appear as counsel *pro hac vice* for Defendant Hartford Fire Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) is **GRANTED**. Mr. Lee H. Ogburn is hereby admitted *pro hac vice* to represent Defendant Hartford Fire Insurance Company.

**SO ORDERED**.

Signed: July 7, 2016

David C. Keesler
United States Magistrate Judge